**Robert J. Beles** Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant* ADEL ALI

FILED

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br>vs.<br>ADEL ALI,<br>　　　　*Defendant.* | Criminal No. 05-00122 sba/WDB<br><br>ORDER FOR RECONVEYANCE OF PROPERTY<br><br>(8511 Holly Street, Oakland, California)<br><br>Date:　July 6, 2005<br>Time:　10:00 am<br>Judge:　Wayne D. Brazil |

### ORDER FOR RECONVEYANCE OF PROPERTY

On July 6, 2005, at 10:00 am, defendant Adel Ali moved for removal of the previously ordered restriction on sale, encumbrance, transfer, or use of the following property imposed in case number 4-04-0051 WDB on March 25, 2004, as a condition of defendant's release:

**Property Description**

Lot 15 in Block "D" of the Moss Tract, according to the map thereof filed September 26, 1891 in Book 17 of the Maps, at Page 15, in the Office of the County Recorder of Alameda County.

Assessor's Parcel No: 043-4553-001

Commonly known as: 8511 Holly Street, Oakland, California

At the hearing, this court orally ordered such restriction removed, and also ordered that the property could be removed as security for defendant's release. There were no objections from the parties or surieties. .

Accordingly, the clerk of this court is directed to execute a reconveyance of the aforementioned real property to Adel Ali..

Order for Reconveyance of Property



cc: WDB's Stats Financial, Lisa
Copies to parties by ECF

-1-

Dated: Oakland, California, 7-25-05 .

*Wayne D. Brazil* [signature]
**Wayne D. Brazil**
United States Magistrate Judge

Order for Reconveyance of Property

- 2 -