Robert J. Beles Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3688
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant* ADEL ALI

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. **05-00122 SBA/WDB** |
| *Plaintiff*, vs. | ORDER PERMITTING TRAVEL |
| ADEL ALI, | |
| *Defendant*. | |

**ORDER PERMITTING TRAVEL**

Upon the request of defendant Adel Ali and good cause appearing therefor, IT IS HEREBY ORDERED that Adel Ali be allowed to travel outside the Northern District of California to Canada, between August 19, 2005 to August 21, 2005, for the purpose of conducting obligations related to his employment. Mr. Ali is to advise pretrial services of his itinerary, place of stay, telephone number where he can be contacted, and any other travel related information required by pretrial services. It is further ORDERED that Adel Ali be allowed to pick up his passport from the court so that he can travel to Canada, on condition that he return the passport to the court when he returns.

Dated: __August 15,_____, 2005.

IT IS SO ORDERED
Wayne D. Brazil
Judge Wayne D. Brazil

_____
Wayne D. Brazil
United States District Magistrate Judge