**Robert J. Beles** Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant* ADEL ALI

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br>vs.<br><br>ADEL ALI,<br><br>　　　　*Defendant*. | Criminal No. 05-00122 sba<br><br>ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE OF PROPERTY |

**ORDER EXONERATING BAIL AND
DIRECTING RECONVEYANCE OF PROPERTY**

Upon the request of defendant Adel Ali and good cause appearing therefor,

IT IS HEREBY ORDERED that bail is exonerated in this matter and the Clerk of the Court is ordered to reconvey the property posted as bail herein (8432 International Boulevard.)

Dated: Oakland, California, November 28, 2005.

_____
**Saundra Brown Armstrong**
United States District Judge

(Proposed) Order Exonerating Bond and Directing Reconveyance of Property　　　　- 1 -